No. 00–9048.  CLARKE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–9067.  RUIZ v. WILLIAMS, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 00–9070.  SOLIZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–9071.  SCHEXNIDER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 00–9121.  CAUDILL v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–9138.  MCSHEFFREY v. EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEYS ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 00–9153.  ROMERO v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–9163.  MARTIN v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 00–9180.  HANKINS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–9187.  JACKSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–9216.  GUZMAN v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 00–9221.  HECKARD v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–9222.  GEARING v. ANDERSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 00–9226.  HUGHES v. DEEDS, WARDEN.  Sup. Ct. Va. Certiorari denied.